**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 44 DB 2023 (No. 28 RST 2023) |
| | : | |
| KALI JONES SCHELLENBERG | : | Attorney Registration No. 321435 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Philadelphia) |

# O R D E R

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2023, the Report and Recommendation of Disciplinary Board Member dated April 11, 2023, is approved and it is ORDERED that KALI JONES SCHELLENBERG, who has been on Inactive Status, has demonstrated that she has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.